UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | 12-CR-558 |
| VS. | : | |
| LOUIS REYES, | : | **ORDER OF REASSIGNMENT** |
| Defendant | : | |
| | : | |

It is on this 23rd day of February, 2015 on the Court's own motion:

ORDERED that the above entitled matter is hereby reassigned from JUDGE NOEL L. HILLMAN to JUDGE RENÉE MARIE BUMB.

                                                s/ Jerome B. Simandle
                                                **JEROME B. SIMANDLE, CHIEF JUDGE**